No. 3. HERMAN C. PERRY ET AL. v. EDWARD C. KNOTTS, UNITED STATES DISTRICT ATTORNEY, ETC., ET AL. Appeal from the District Court of the United States for the Southern District of Illinois. October 1, 1923. Dismissed, without costs to either party, per stipulation, on motion of *Mr. Solicitor General Beck* in that behalf. *Mr. Nathan G. Moore, Mr. William P. Sidney* and *Mr. William D. Bangs* for appellants.

No. —, Original. R. LEE MAKELY, TRADING AS MAKELY MOTOR COMPANY, v. VICTOR P. GAUTHEY ET AL. October 1, 1923. Motion for leave to file original action in assumpsit herein, dismissed, without prejudice, on motion of *Mr. Lloyd T. Everett* for plaintiff.

No. 8. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. v. J. J. SMITH, JR., ADMINISTRATOR, ETC. Error to the Supreme Court of the State of Mississippi. October 1, 1923. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. H. O'B. Cooper* for plaintiff in error. *Mr. Marion W. Reily* for defendant in error.

No. 13. LOS ANGELES GAS & ELECTRIC CORPORATION v. DEPARTMENT OF PUBLIC SERVICE OF THE CITY OF LOS ANGELES ET AL. Error to the District Court of Appeal, First Appellate District, Division 1, of the State of California. October 1, 1923. Dismissed with costs, per stipulation. *Mr. Paul Overton* and *Mr. Samuel Poorman, Jr.,* for plaintiff in error. No appearance for defendants in error.

No. 302. MISSOURI PACIFIC RAILROAD COMPANY v. DOROTHY PUGH. Error to the Supreme Court of the State